UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JANENE TRUJILLO,<br><br>Plaintiff,<br>v.<br><br>ZIMMER, US, INC., a Delaware Corporation, SYNVASIVE TECHNOLOGY, a California Corporation, BIOMET ORTHOPEDICS, LLC, an Indiana Limited Liability Company, BIOMET, INC., an Indiana Corporation, and DOES I-X, inclusive,<br><br>Defendants. | Case No. 3:19-cv-00056-MMD-CBC<br><br>ORDER |

The Court ordered Defendants[1] to show cause why this case should not be remanded for lack of subject matter jurisdiction. (ECF No. 7 ("Show Cause Order").) Specifically, Defendants failed to allege the citizenship of the owners/members of Defendant Biomet Orthopedica, LLC (*see* ECF No. 1 at 7), even though "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Defendants filed a response to the Court's Show Cause Order indicating that the sole member of Defendant Biomet Orthopedica, LLC is another limited liability corporation—Biomet U.S. Reconstruction, LLC. (ECF No. 9 at 2.) But the Court remains unable to determine the citizenship of Defendant Biomet Orthopedica, LLC because Defendants do not allege the citizenship of the owners/members of Biomet U.S. Reconstruction, LLC.[2]

///

---

[1]Defendants are Zimmer, US, Inc.; Synvasive Technology; Biomet Orthopedics, LLC; and Biomet, Inc. (ECF No. 1 at 3.)

[2]The Court also requested Defendants demonstrate that the amount in controversy exceeds $75,000. (ECF No. 7 at 2.) The Court finds that Defendants have shown by a preponderance of the evidence that the amount in controversy exceeds

Accordingly, the Court will allow Defendants to supplement their response to the Show Cause Order to address the citizenship of the owners/members of Biomet U.S. Reconstruction, LLC as well as the citizenship of the owners/members of any members of Biomet U.S. Reconstruction, LLC that are also limited liability corporations.

It is therefore ordered that Defendants may file a supplement to their response to the Show Cause Order within seven days from the entry of this order fully alleging the citizenship of Defendant Biomet Orthopedica, LLC. If Defendants do not file a supplement, the Court will remand this case. Plaintiff may file a response to Defendants' supplement under LR 7-2, assuming that Defendants choose to file a supplement.

DATED THIS 20th day of February 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

$75,000. (*See* ECF No. 9 at 2-4 (discussing jury verdicts in similar cases exceeding $75,000).)