**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Janene Trujillo,

          Plaintiff(s),

    vs.

Zimmer, US, Inc., et al.

          Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #3:19-cv-00056-MMD-CBC

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Tarifa B. Laddon_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

Faegre Baker Daniels LLP
(firm name)

with offices at _____11766 Wilshire Blvd., Suite 750_____,
(street address)

_____Los Angeles_____, _____California_____, _____90025_____,
(city)               (state)               (zip code)

_____(310) 500-2126_____, _____tarifa.laddon@FaegreBD.com_____.
(area code + telephone number)          (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

_____all Defendants_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.     That since _____December 6, 2005_____ , Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California State Bar | 12/06/2005 | 240419 |
| USDC Central District of California | 12/07/2005 | |
| USDC Northern District of California | 04/18/2006 | |
| USDC Southern District of California | 05/25/2006 | |
| USDC Eastern District of California | 12/18/2007 | |
| U.S. Court of Appeals for the Ninth Circuit | 06/26/2014 | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| November 1, 2018 | 3:18-cv-00437-RCJ | USDC District of Nevada | Granted |
| November 8, 2018 | 2:18-cv-01744-GMN | USDC District of Nevada | Granted |
| January 31, 2019 | 2:16-cv-00264-APG | USDC District of Nevada | Granted |
| January 31, 2019 | 2:18-cv-02394-APG | USDC District of Nevada | Granted |
| January 31, 2019 | 2:19-cv-00043-RFB | USDC District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
                                                    )
COUNTY OF ____Los Angeles____ )

____Tarifa B. Laddon____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_18th_ day of _March_ , _2019_ .

_Debra Renee Tinsley_
Notary Public or Clerk of Court

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

DEBRA RENEE TINSLEY
Commission No. 2170924
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES . COUNTY
My Comm. Expires NOVEMBER 06, 2020

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____LeAnn Sanders_____ ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____6605 Grand Montecito Pkwy., Suite 200_____ ,
(street address)

____Las Vegas____ , ____Nevada____ , ____89149____ ,
(city)                              (state)              (zip code)

____702-384-7000____ , ____lsanders@alversontaylor.com____ .
(area code + telephone number)              (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ LeAnn Sanders _____ as
<br>(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Lisa M. Dunkin, Sr. Litigation Counsel
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

000390                     lsanders@alversontaylor.com
_____
Bar number              Email address

APPROVED:

Dated: this __19th__ day of __March_____, 20_19_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# THE STATE BAR
# OF CALIFORNIA

# CERTIFICATE OF STANDING

January 11, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TARIFA BELLE LADDON, #240419 was admitted to the practice of law in this state by the Supreme Court of California on December 6, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Records

**FAEGRE BAKER DANIELS LLP**
TARIFA B. LADDON (*Pro Hac Vice* pending)
*tarifa.laddon@faegrebd.com*
THEODORE O'REILLY (*Pro Hac Vice* pending)
*theodore.oreilly@faegrebd.com*
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025
Telephone: (310) 500-2090
Facsimile: (310) 500-2091

**ALVERSON TAYLOR & SANDERS**
LEANN SANDERS, ESQ. (Nevada Bar No. 000390)
*lsanders@alversontaylor.com*
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
Telephone: (702) 384-7000

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANENE TRUJILLO,<br><br>Plaintiff,<br><br>vs.<br><br>ZIMMER, US, INC., a Delaware Corporation, SYNVASIVE TECHNOLOGY, a California Corporation, BIOMET ORTHOPEDICS, LLC, an Indiana Limited Liability Company, BIOMET, INC., an Indiana Corporation, and DOES I-X, inclusive,<br><br>Defendants. | CASE NO.: 3:19-cv-00056-MMD-CBC<br><br>**AFFIDAVIT OF TARIFA B. LADDON IN SUPPORT OF VERIFIED PETITION AND DESIGNATION OF LOCAL COUNSEL**<br><br><br><br>Complaint Filed: November 16, 2018 |

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

AFFIDAVIT OF TARIFA B. LADDON

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

1    I, Tarifa B. Laddon, hereby declare as follows:

2         1.    I am an active member of the Bar of the State of California and a partner

3    with Faegre Baker Daniels LLP, attorneys of record for Defendants Biomet Inc.; Biomet

4    Orthopedics, LLC; Biomet Manufacturing Corp.; and Biomet U.S. Reconstruction, LLC

5    (collectively, "Biomet").  I make this declaration based upon personal knowledge and, if

6    called upon to do so, I could and would so testify.

7         2.    I make this declaration in support of my Verified Petition and Designation

8    of Local Counsel in the above referenced matter, pursuant to LR IA 11-2(h)(2).

9         3.    Faegre Baker Daniels is national products liability counsel for Biomet; the

10   law firm does not have an office in Nevada.

11        4.    In addition to this single plaintiff products liability case, Faegre Baker

12   Daniels represents Biomet in hundreds of other cases across the country alleging claims

13   against Biomet's M2a hip replacement system.

14        5.    On October 2, 2012, the Biomet M2a cases were consolidated and

15   centralized in the United States District Court for the Northern District of Indiana in the

16   South Bend Division, where Judge Robert L. Miller, Jr. presides over *In Re: Biomet M2a*

17   *Magnum Hip Implant Products Liability Litigation* (MDL 2391), cause number: 3:12-

18   MD-2391 ("Biomet M2a Magnum MDL").

19        6.    Beginning in 2018, Judge Miller remanded and transferred groups of cases

20   within the MDL to their local federal courts throughout the country, including those in

21   Nevada.  On February 22, 2019 and March 11, 2019, Judge Miller remanded and

22   transferred additional cases out of the MDL.  Additional cases are expected to be

23   remanded and transferred to local federal courts through 2019.

24        7.    Faegre Baker Daniels LLP represents Biomet in the Biomet M2a Magnum

25   MDL, in the M2a remanded and transferred cases throughout the country, and in state

26   and federal court cases that were never centralized in the Biomet M2a Magnum MDL.

27        8.    Tarifa Laddon and Theodore O'Reilly of Faegre Baker Daniels LLP

28   represent Biomet in products liability cases such as this one, as well in many of the

AFFIDAVIT OF TARIFA B. LADDON

Biomet M2a Magnum cases, and have thus far appeared in five remanded and transferred Biomet M2a Magnum MDL cases before this Court in which their verified petitions have been granted:

| Case Name | Case Number | Remand Date | |
|---|---|---|---|
| Mitchell Gonzalez v. Biomet, Inc., et al. | 2:18-cv-01744-GMN | September 6, 2018 | |
| Randall Hix v. Biomet, Inc., et al. | 3:18-cv-00437-RCJ-WGC | September 6, 2018 | |
| Edward George v. Biomet, Inc., et al | 2:18-cv-02394-APG-VCF | December 12, 2018 | |
| Veronica Gonzalez v. Biomet, Inc., et al | 2:19-cv-00043-RFB-VCF | December 12, 2018 | |
| Rebecca Franks v. Biomet, Inc., et al | 2:16-cv-00264-APG-PAL | January 2, 2019 | |

9.　　On February 22, 2019 and March 11, 2019, Judge Miller remanded and transferred four additional cases to this Court.  Tarifa Laddon and Theodore O'Reilly of Faegre Baker Daniels LLP will also seek to appear in those cases on behalf of Biomet, as well as in future remanded, transferred, and filed Biomet cases before this Court.

10.　　For purposes of efficiency, Biomet requests that the Verified Petitions and Designations of Counsel for Tarifa Laddon and Theodore O'Reilly be granted.

I declare under the penalty of perjury and the laws of the State of California and Nevada that the foregoing is true and correct.

Executed this 18th day of March, 2019, at Los Angeles, California.

/s/ *Tarifa B. Laddon*
Tarifa B. Laddon

　　　　　AFFIDAVIT OF TARIFA B. LADDON